IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS FLORES,<br><br>          Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | No. CV-F-10-502 OWW<br>(No. CR-F-08-422 OWW)<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

    Petitioner Jose Luis Flores has filed a Notice of Appeal of the denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

    The Court declines to issue a certificate of appealability in connection with Petitioner's appeal.  Petitioner has not demonstrated that reasonable jurists would find the Court's assessment of his claims for relief debatable or wrong.  *See United States v. Zuno-Arce*, 339 F.3d 886, 888-89 (9th Cir. 2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 146 L. Ed. 2d 542, 120 S. Ct. 1595 (2000)).

1  IT IS SO ORDERED.

2  **Dated:   April 12, 2010**                              **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE